IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Civil Action No.: 9:16-cv-80980 –RLR

Shipping and Transit, LLC,

      Plaintiff,

LensDiscounters.com, a Division of LD Vision Group, Inc.

      Defendant.

**JOINT SCHEDULING REPORT AND DISCOVERY PLAN**

Plaintiff, Shipping and Transit, LLC, and Defendant, LensDiscounters.com (collectively, the "Parties"), pursuant to S.D. Fla. L.R. 16.1(b), hereby submit this Joint Scheduling Report. The undersigned counsel certify that they conferred in accordance with Fed R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b) on August 19, 2016, by telephone as a follow-up to prior e-mail exchanges.

**JOINT SCHEDULING REPORT**

A.    **Likelihood of Settlement**

Defendant views Plaintiff's allegations as wholly unfounded and frivolous and has asked the Court to exercise its inherent authority to dismiss the case *sua sponte* for lack of subject matter jurisdiction. *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974). Settlement is therefore unlikely at this time, but the Parties will explore,

in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1 (b), and as this case progresses further.

B.       **Likelihood of Appearance of Additional Parties**

It is unlikely that other Parties will appear in this action.

C.       **Proposed Limits on Time**

The Parties propose the following pretrial discovery schedule which is based on the standard case management track pursuant to S.D. Fla. L.R. 16.1(a)(2):

| Action | Joint Proposal of the Parties |
|---|---|
| Parties to provide initial disclosures pursuant to Rule 26(a)(1)(A) | August 29, 2016 |
| Deadline for Joinder of Additional Parties | September 7, 2016 |
| Fact Discovery Cut Off | June 9, 2017 |
| Exchange of Expert Reports on issues where party has the burden of proof | April 14, 2017 |
| Exchange of Witness Lists | April 14, 2017 |
| Exchange of Expert Rebuttal Reports | May 5, 2017 |
| Expert Discovery Cut off | June 9, 2017 |
| Last Day to Select a Mediator . | September 22, 2016 |
| Last Day to File Summary Judgment or Other Dispositive Motion | July 14, 2017 |
| Last Day to Complete Mediation – | August 30, 2017 |
| Deadline for Non-Dispositive Motions | Sept 22, 2017 |
| Deadline for Joint Pretrial Stipulation | Oct 6, 2017 |
| Pretrial Conference | |
| Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law | Oct 6, 2017 |
| Deadline for Filing of Deposition Designations | Oct 6, 2017 |
| Trial | Nov. 2017 |

2

**D. Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

At this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the Parties will, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

**E. Necessity or Desirability of Amendments to the Pleadings**

Defendant does not specifically anticipate the need to amend its pleadings, but submits this statement without the benefit of a response to its counterclaims from Plaintiff, and therefore reserves the right to do so.

**F. Possibility of Obtaining Admissions of Fact and of Documents, Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, and Need for Advance Rulings from the Court on Admissibility of Evidence**

The Parties will confer in good faith and will obtain certain admissions of fact and documents which will avoid unnecessary proof. They will also confer in good faith and stipulate to the authenticity of documents about which there is no question of authenticity and will only seek advance rulings from the Court on the admissibility of evidence when the Parties cannot agree.

**G. Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**

At this time, the Parties do not have any suggestions for the avoidance of unnecessary proof and of cumulative evidence. As this case progresses the Parties

will, in good faith, confer to discuss such suggestions and will make such suggestions to the Court in advance of the trial of this case.

**H.   Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

The Parties will refer discovery matters to the Magistrate Judge.

**I.   Preliminary Estimate of the Time Required for Trial**

The Parties anticipate that trial will require three (3) trial days.

**J.   Proposed Approximate Dates for Pre-Trial Conference and Trial**

(a)   The proposed deadline for the pre-trial conference as set by the Court.
(b)   The proposed month and year for the trial in this matter is **November 2017.**

**K.   Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference**

At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status of pretrial conference.

**L.   Proposed Scheduling Order**

A Proposed Scheduling Order is submitted simultaneously with this Proposed Joint Scheduling Report.

## DISCOVERY PLAN

**A.  INITIAL DISCLOSURES**

No changes are necessary to the timing, form or requirements of initial disclosures. The Parties agree to exchange initial disclosures on or before August 29, 2016.

**B.  DISCOVERY OVERVIEW**

The Parties have discussed the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or

be limited to or focused on particular issues. The Parties agree to a discovery deadline of June 9, 2017. There is no need to limit discovery to phases or to focus on particular issues at this time. The Parties will work together to make discovery as efficient as possible.

**C. ESI**

The Parties will work together to preserve and exchange relevant ESI in a convenient and cost effective format. The Parties are unaware of significant issues with ESI at this time.

**D. PRIVILEGE**

The Parties will work together to narrow any privilege issues. Generally, privilege claims should be asserted before production, but the Parties agree to allow for clawback of inadvertently produced privileged materials.

**E. ADDITIONAL LIMITATIONS ON DISCOVERY**

At this time it is unnecessary to place further limitations on discovery.

**F. ADDITIONAL DISCOVERY ORDERS**

There is no need for additional orders under Rule 26(c) or under 16(b) or (c) at this time.

Dated: August 19, 2016                                Respectfully submitted,


/s / Jerold I. Schneider                                /s/ Geoffrey M. Cahen
JEROLD I. SCHNEIDER                          GEOFFREY M. CAHEN
Fla Bar No.: 26975                                   Fla. Bar No.: 001339
Jerold.Schneider@sriplaw.com              Geoff@cahenlaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL**      **CAHEN LAW, P.A.**
**PROPERTY LAW GROUP, PLLC**                1515 South Federal Highway
4651 North Federal Highway                  Suite 105
Boca Raton, FL  33431                          Boca Raton, FL  33432
561.404.4350 – Telephone                      561.922.0430 – Telephone
561.404.4353 – Facsimile                        *Attorney for Defendant*
*Attorneys for Plaintiff Shipping and*      *LensDiscounters.com, a Division of LD*
*Transit, LLC*                                          *Vision, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 19, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties on the Service List below.

                                             */s/ Jerold I. Schneider*
                                             JEROLD I. SCHNEIDER

## SERVICE LIST

Geoffrey M. Cahen
Cahen Law, P.A.
1515 South Federal Highway
Suite 105
Boca Raton, FL  33432
561.922.0430 – Telephone
Geoff@cahenlaw.com
*Attorneys for Defendant*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431