IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Civil Action No.: 9:16-cv-80980 –RLR

Shipping and Transit, LLC,

       Plaintiff,

v.

LensDiscounters.com, a Division of LD Vision Group, Inc.,

       Defendant.

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Shipping and Transit, LLC, and Defendant, LensDiscounters.com (collectively, the "Parties"), by and through their undersigned counsel and in response to the Order to Show Cause (DE 13) state as follows:

1. The Parties began to work on the Joint Scheduling Report earlier this week.

2. Initially the Parties disagreed about certain proposed scheduling deadlines.

3. In order to resolve the Parties' disagreements, a telephone call was scheduled for noon on August 19, 2016.

4. Through the good faith efforts of the Parties and their attorneys, all disagreements were resolved and an agreement was forged on proposed scheduling deadlines.

5. Unfortunately, it took the Parties about an additional four hours to resolve all open issues, finalize the report and file the report.

6. The report has now been filed.

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

7. The Parties and their counsel apologize for the inconvenience caused to the Court by the late filing.

Dated: August 19, 2016                                    Respectfully submitted,

| | |
|---|---|
| /s / Jerold I. Schneider | /s/ Geoffrey M. Cahen |
| JEROLD I. SCHNEIDER | GEOFFREY M. CAHEN |
| Fla Bar No.: 26975 | Fla. Bar No.: 001339 |
| Jerold.Schneider@sriplaw.com | Geoff@cahenlaw.com |
| **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC** | **CAHEN LAW, P.A.** |
| 4651 North Federal Highway | 1515 South Federal Highway |
| Boca Raton, FL 33431 | Suite 105 |
| 561.404.4350 – Telephone | Boca Raton, FL 33432 |
| 561.404.4353 – Facsimile | 561.922.0430 – Telephone |
| *Attorneys for Plaintiff Shipping and Transit, LLC* | *Attorney for Defendant LensDiscounters.com, a Division of LD Vision, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 19, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties on the Service List below.

/s/ Jerold I. Schneider
JEROLD I. SCHNEIDER

## SERVICE LIST

Geoffrey M. Cahen
Cahen Law, P.A.
1515 South Federal Highway, Suite 105
Boca Raton, FL 33432
561.922.0430 – Telephone
Geoff@cahenlaw.com
*Attorneys for Defendant*