UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80980-ROSENBERG/BRANNON

SHIPPING AND TRANSIT, LLC,

    Plaintiff,

v.

LENSDISCOUNTERS.COM, a division
of LD Vision Group, Inc.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Defendant's Motion for Attorney's Fees, DE 39, which was previously referred to the Honorable Dave Lee Brannon for a Report and Recommendations, DE 49. On July 11, 2017, Judge Brannon issued his Report and Recommendations, recommending that Defendant's Motion be granted in part and denied in part. DE 52. Specifically, Judge Brannon recommended that Defendant be awarded $36,317.50 in attorney's fees with post-judgment interest to accrue in accordance with 28 U.S.C. § 1961. *Id.* Objections to Judge Brannon's Report and Recommendations were filed on July 31, 2017. *See* DE 59. The Court has conducted a *de novo* review of Judge Brannon's Report and Recommendations, Plaintiff's objections thereto, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Brannon's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Brannon's Report and Recommendations that Defendant's Motion for Attorney's Fees should be granted in part and denied in part such that Defendant is entitled to attorney's fees in the amount of $36,317.50 with post-judgment interest to accrue in accordance with 28 U.S.C. § 1961.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Brannon's Report and Recommendations [DE 52] is hereby **ADOPTED**;

2. Defendant's Motion for Attorney's Fees [DE 39] is **GRANTED IN PART AND DENIED IN PART**; and

3. Plaintiffs shall pay the total amount of $36,317.50 in attorneys' fees to Defendant with post-judgment interest to accrue in accordance with 28 U.S.C. § 1961. A separate final judgment will be entered.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 9th day of August, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record